MOSELY & ELY *vs.* McGOUGH, administrator, *et al.*

On the traverse of an answer of not indebted, filed in response to a summons of garnishment, the issue is, whether the garnishee had at the time of service, or has since had, assets of the defendant in his hands.    That an administrator has paid out all the assets in his hands belonging to one of the distributees of the estate, on a debt of the latter, under his order, without knowledge of any other debt, will not render the administrator liable on a garnishment served on him three days thereafter, although the distributee may be insolvent.

October 17, 1882.

CRAWFORD, Justice.